UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAXINE R. RIVENES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant | Civil No. C08-5208FDB-JKA<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including November 17, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including December 1, 2008, to file Plaintiff's Reply Brief.

DATED this 21st day of October, 2008.


　　　　　　　　　　　　　　　　　　_/s/ J. Kelley Arnold_

Page 1　　　　ORDER - 3:08-CV-5208-FDB-JKA

Presented by:

s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2684
Fax:    206-615-2531
carol.a.hoch@ssa.gov